IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN T. ("TOM") MINEMYER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>R-BOC REPRESENTATIVES, INC., et al.,<br><br>　　　　　　Defendants. | Civil Action No. 07-CV-1763<br><br>Magistrate Judge Jeffrey Cole |

**APPENDIX OF EXHIBITS IN SUPPORT OF R-BOC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-LIABILITY AS TO PLAINTIFF'S LANHAM ACT AND COTERMINOUS ILLINOIS STATE LAW CLAIMS**

1) Exhibit 1 –   Plaintiff Minemyer's Second Amended Complaint;

2) Exhibit 2 –   Copy of *Clarus Transphase Scientific, Inc. v. Q-Ray, Inc.*, 2006 WL 4013750 (N.D. Ill. 2006) (Cole, J.);

3) Exhibit 3 –   First Set of Interrogatories of Defendant R-BOC Representatives, Inc.;

4) Exhibit 4 –   Copy of *Fellowes, Inc. v. Aurora Corp. of America*, 2009 WL 1097063 (N.D. Ill. 2009);

5) Exhibit 5 –   Plaintiff Minemyer's Amended Answers to the First Set of Interrogatories of Defendant R-BOC Representatives, Inc., served April 21, 2009;

6) Exhibit 6 –   Cover Pages and Quoted and Cited Excerpts of Transcript of Deposition of Plaintiff John T. Minemyer;

7) Exhibit 7 –   Plaintiff Minemyer's U.S. Patent No. 6,851,726 (the patent-in-suit);

8) Exhibit 8 –   Plaintiff Minemyer's Provisional Patent Application No. 60/097,868;

9) Exhibit 9 –   Declaration of Timothy A. Grimsley in Support of R-BOC Defendants' Motion for Summary Judgment of Non-Liability As to Plaintiff's Lanham Act and Coterminous Illinois State Law Claims;

10) Exhibit 10 – Declaration of Robert Lundeen in Support of R-BOC Defendants' Motion for Summary Judgment of Non-Liability As to Plaintiff's Lanham Act and Coterminous Illinois State Law Claims;

11) Exhibit 11 – Plaintiff Minemyer's Initial Answers to the First Set of Interrogatories of Defendant R-BOC Representatives, Inc., served February 19, 2009;

12) Exhibit 12 – Cover Page and Quoted and Cited Excerpts of Transcript of Hearing held on March 4, 2009 (Cole, J.);

13) Exhibit 13 – Copy of *Puritan-Bennett Corp. v. Penox Technologies Inc.*, 2004 WL 866618 (S.D. Ind. 2004);

14) Exhibit 14 – Copy of *Lorillard Tobacco Co. v. A & E Oil, Inc.*, 2006 WL 1430774 (N.D. Ill. 2006);

15) Exhibit 15 – Cover Pages and Quoted and Cited Excerpts of Transcript of Deposition of Defendant Robert W. Lundeen.

Respectfully submitted,

Dated: July 17, 2009

/s/ Matthew G. McAndrews
Matthew G. McAndrews
Niro, Scavone, Haller & Niro
181 W. Madison Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Facsimile: (312) 236-3137
E-mail: mmcandrews@nshn.com

**Attorneys for Defendants**

R-BOC Representatives, Inc., Carolyn Lundeen, Robert Lundeen, Precision Custom Molders, Inc., Edward Krajecki, Sandra Krajecki, LeBac Plastic Mold Co., Inc., and Ronald Backman

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on July 17, 2009, I electronically filed the preceding **APPENDIX OF EXHIBITS IN SUPPORT OF R-BOC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-LIABILITY AS TO PLAINTIFF'S LANHAM ACT AND COTERMINOUS ILLINOIS STATE LAW CLAIMS** with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Eugene Frederic Friedman, Esq.
Gail Tuler Friedman, Esq.
Friedman & Friedman, LTD.
Printers Square – Suite 710
780 South Federal Street
Chicago, Illinois 60605
Phone: (312) 922-8882
Fax: (312) 922-3616
E-mail: gene@friedmanpatents.com
E-mail: gail@friedmanpatents.com

Douglas M. Chalmers, Esq.
Law Offices of Douglas M. Chalmers
77 West Wacker Drive
Chicago, Illinois 60601
Phone: (312) 606-8700
Fax: (312) 444-1028
E-mail: dmc@chalmers-law.com

**Attorneys for Plaintiff, John T. ("Tom") Minemyer**

Jacque P. McCray, Esq.
Sonnenschein, Nath & Rosenthal LLP
7800 Sears Tower
233 South Wacker drive
Chicago, Illinois 60606
Phone: (312) 876-8000
E-mail: jmccray@sonnenschein.com

Bryan P. Stanley, Esq.
Teresa A. Ascencio, Esq.
Sonnenschein, Nath & Rosenthal LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Phone: (816) 460-2400
E-mail: bstanley@sonnenschein.com
E-mail: tascencio@sonnenschein.com

**Attorneys for Defendants Dura-Line Corporation and Timothy A. Grimsley**

                                                  /s/ Matthew G. McAndrews