IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN T. ("TOM") MINEMYER,

        Plaintiff,

   v.

R-BOC REPRESENTATIVES, INC., et al.,

        Defendants.

Civil Action No. 07-CV-1763

Magistrate Judge Jeffrey Cole

**APPENDIX OF EXHIBITS IN SUPPORT OF R-BOC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE '726 PATENT**

1) Exhibit 1 – Plaintiff Minemyer's U.S. Patent No. 6,851,726 (the patent-in-suit);

2) Exhibit 2 – Plaintiff Minemyer's Second Amended Complaint;

3) Exhibit 3 – Plaintiff Minemyer's Amended Answers to the First Set of Interrogatories of Defendant Robert Lundeen, served April 21, 2009;

4) Exhibit 4 – Lucian Lyall's U.S. Patent No. 6,059,321 ("the Lyall '321 Patent");

5) Exhibit 5 – Copy of *Tamarack Products Inc. v. Moore Business Forms, Inc.*, 1996 WL 134263 (N.D. Ill. 1996);

6) Exhibit 6 – Minemyer's Provisional Patent Application No. 60/097,868 ("the Provisional Application");

7) Exhibit 7 – Cover Pages and Quoted and Cited Excerpts of Transcript of Deposition of Plaintiff John T. Minemyer;

8) Exhibit 8 – Plaintiff Minemyer's U.S. Patent No. 6,499,772 ("the '772 Patent");

9) Exhibit 9 – First Set of Interrogatories of Defendant Robert Lundeen, served October 21, 2008;

10) Exhibit 10 – Copy of *Fellowes, Inc. v. Aurora Corp. of America*, 2009 WL 1097063 (N.D. Ill. 2009);

11) Exhibit 11 – Minemyer Deposition Ex. No. 8, Bates Nos. JTM4167-71 ("the Level 3 Purchase Agreement");

12) Exhibit 12 – Copy of *PowerOasis, Inc. v. T-Mobile USA, Inc.*, 2007 WL 962937 (D.N.H. 2007);

13) Exhibit 13 – Minemyer Drawing of "Cross Section of 1¼" Male Innerduct Coupling," June 14, 1998, Bates No. JTM612-14, Minemyer Dep. Ex. 4;

14) Exhibit 14 – R&B Plastics Quote to Lucian Lyall, March 17, 1998, Lyall Dep. Ex. 2;

15) Exhibit 15 – Lyall Turbosonics Purchase Order to R&B Plastics, March 18, 1998, Lyall Dep. Ex. 3;

16) Exhibit 16 – Cover Pages and Quoted and Cited Excerpts of Transcript of Deposition of Third Party Lucian Lyall;

17) Exhibit 17 – Magnified Version of Figure 2 of Provisional Application, Minemyer Dep. Ex. 14;

18) Exhibit 18 – Group Timberline, Inc. Purchase Order to Southern California Plastics, August 18, 1998, Lyall Dep. Ex. 5;

19) Exhibit 19 – Group Timberline, Inc. Design Drawing for "1660 Condu-Grip" Coupler, January 21, 1998, Lyall Dep. Ex. 4;

20) Exhibit 20 – Claim Chart Identifying Elements of Asserted Claims in Lyall Condu-Grip Coupler;

21) Exhibit 21 – Office Action, February 17, 2004.

Respectfully submitted,

Dated: July 22, 2009

/s/ Matthew G. McAndrews
Matthew G. McAndrews
Niro, Scavone, Haller & Niro
181 W. Madison Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Facsimile: (312) 236-3137
E-mail: mmcandrews@nshn.com

**Attorneys for Defendants**

R-BOC Representatives, Inc., Carolyn Lundeen, Robert Lundeen, Precision Custom Molders, Inc., Edward Krajecki, Sandra Krajecki, LeBac Plastic Mold Co., Inc., and Ronald Backman

# CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on July 22, 2009, I electronically filed the preceding **APPENDIX OF EXHIBITS IN SUPPORT OF R-BOC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE '726 PATENT** with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

| | |
|---|---|
| Eugene Frederic Friedman, Esq. | Douglas M. Chalmers, Esq. |
| Gail Tuler Friedman, Esq. | Law Offices of Douglas M. Chalmers |
| Friedman & Friedman, LTD. | 77 West Wacker Drive |
| Printers Square – Suite 710 | Chicago, Illinois  60601 |
| 780 South Federal Street | Phone:  (312) 606-8700 |
| Chicago, Illinois 60605 | Fax:  (312) 444-1028 |
| Phone: (312) 922-8882 | E-mail:  dmc@chalmers-law.com |
| Fax:  (312) 922-3616 | |
| E-mail: gene@friedmanpatents.com | |
| E-mail: gail@friedmanpatents.com | |

**Attorneys for Plaintiff, John T. ("Tom") Minemyer**

| | |
|---|---|
| Jacque P. McCray, Esq. | Bryan P. Stanley, Esq. |
| Sonnenschein, Nath & Rosenthal LLP | Teresa A. Ascencio, Esq. |
| 7800 Sears Tower | Sonnenschein, Nath & Rosenthal LLP |
| 233 South Wacker drive | 4520 Main Street, Suite  1100 |
| Chicago, Illinois  60606 | Kansas City, Missouri  64111 |
| Phone: (312) 876-8000 | Phone: (816) 460-2400 |
| E-mail: jmccray@sonnenschein.com | E-mail: bstanley@sonnenschein.com |
| | E-mail: tascencio@sonnenschein.com |

**Attorneys for Defendants Dura-Line Corporation and Timothy A. Grimsley**


            /s/ Matthew G. McAndrews