IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JOHN T. ("TOM") MINEMYER,

        Plaintiff,

    v.

R-BOC REPRESENTATIVES, INC., et al.,

        Defendants.

Civil Action No. 07-CV-1763

Magistrate Judge Jeffrey Cole

**APPENDIX OF ADDITIONAL EXHIBITS IN SUPPORT OF DEFENDANTS' MOTION
FOR SUMMARY JUDGMENT OF INVALIDITY OF THE '726 PATENT**

1) Exhibit 22 – *Manual of Patent Examining Procedure*, Excerpt including § 2125;

2) Exhibit 23 – Defendants' Preliminary Invalidity Contentions, December 14, 2007;

3) Exhibit 24 – Defendants' Subpoena of Lucian Lyall, March 12, 2009;

4) Exhibit 25 – M. McAndrews E-mails to D. Chalmers, E. Friedman, May 19, 2009;

5) Exhibit 26 – Defendants Dura-Line and Timothy A. Grimsley's Supplemental Rule 26(a)(1) Disclosures, July 10, 2009;

6) Exhibit 27 – Cover Page and Quoted and Cited Excerpts of Transcript of Deposition of Lucian Lyall III.

Respectfully submitted,

Dated: September 1, 2009

/s/ Matthew G. McAndrews
Matthew G. McAndrews
Niro, Scavone, Haller & Niro
181 W. Madison Suite 4600
Chicago, Illinois 60602
(312) 236-0733
Facsimile: (312) 236-3137
E-mail: mmcandrews@nshn.com

**Attorneys for Defendants**

R-BOC Representatives, Inc., Carolyn Lundeen,
Robert Lundeen, Precision Custom Molders, Inc.,
Edward Krajecki, Sandra Krajecki, LeBac Plastic
Mold Co., Inc., and Ronald Backman


/s/ Natalie J. Spears
Natalie J. Spears
Jacque P. McCray
Sonnenschein, Nath & Rosenthal LLP
7800 Sears Tower
233 South Wacker drive
Chicago, Illinois  60606
Phone: (312) 876-8000
Facsimile: (312) 876-7934
E-mail: nspears@sonnenschein.com
E-mail: jmccray@sonnenschein.com

Bryan P. Stanley, Esq.
Teresa A. Ascencio, Esq.
Sonnenschein, Nath & Rosenthal LLP
4520 Main Street, Suite  1100
Kansas City, Missouri  64111
Phone: (816) 460-2400
E-mail: bstanley@sonnenschein.com
E-mail: tascencio@sonnenschein.com

*Attorneys for Defendants*

Dura-Line Corporation and Timothy A. Grimsley

## <u>CERTIFICATE OF SERVICE</u>

   The undersigned hereby certifies that on September 1, 2009, I electronically filed the preceding **APPENDIX OF ADDITIONAL EXHIBITS IN SUPPORT OF R-BOC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF THE '726 PATENT** with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Eugene Frederic Friedman, Esq.
Gail Tuler Friedman, Esq.
Friedman & Friedman, LTD.
Printers Square – Suite 710
780 South Federal Street
Chicago, Illinois 60605
Phone: (312) 922-8882
Fax: (312) 922-3616
E-mail: gene@friedmanpatents.com
E-mail: gail@friedmanpatents.com

Douglas M. Chalmers, Esq.
Law Offices of Douglas M. Chalmers
77 West Wacker Drive
Chicago, Illinois 60601
Phone: (312) 606-8700
Fax: (312) 444-1028
E-mail: dmc@chalmers-law.com

**Attorneys for Plaintiff, John T. ("Tom") Minemyer**

Natalie J. Spears, Esq.
Jacque P. McCray, Esq.
Sonnenschein, Nath & Rosenthal LLP
7800 Sears Tower
233 South Wacker drive
Chicago, Illinois 60606
Phone: (312) 876-8000
E-mail: nspears@sonnenschein.com
E-mail: jmccray@sonnenschein.com

Bryan P. Stanley, Esq.
Teresa A. Ascencio, Esq.
Sonnenschein, Nath & Rosenthal LLP
4520 Main Street, Suite 1100
Kansas City, Missouri 64111
Phone: (816) 460-2400
E-mail: bstanley@sonnenschein.com
E-mail: tascencio@sonnenschein.com

**Attorneys for Defendants Dura-Line Corporation and Timothy A. Grimsley**

       /s/ Matthew G. McAndrews