# QUOTATION

FROM: **Precision Custom Molders, Inc.**



1802 Holian Drive
P.O. Box 190
Spring Grove, IL 60081
Tel. 815-675-1370
e-mail: precmld@aol.com

TO:
Mr. Bob Lundeen
FAX 630-762-9619
B & C Distributors
720 N. 17th St., Unit 11.
St. Charles, IL 60174

Inquiry No. Verbal Carol & Bob

Date: December 13, 2008

Terms: 1/2 with Invoice
1/2 with Samples

Delivery: 2 weeks

Prices Quoted are F.O.B. Spring Grove, IL

We are Pleased to Quote on Your Inquiry As Follows:

| QUANTITY | DESCRIPTION | PRICE (USD) |
|---|---|---|
| | **REVISION TO 1.480 COUPLER MOLD (#2)** | |
| 1 | EDM groves in cavities 1.480 ($1200.00 per cavity @ 4 cavities = $4800.00) | $4,800.00 |
| 1 | Extend threads & shutoff on 1.480 Cores ($1000.00 per core @ 4 cores = $4,000.00) | $4,000.00 |
| 1 | EDM groves in cavities 1.00 ($1200.00 per cavity @ 4 cavities = $4800.00) | $4,800.00 |
| | TOTAL COST OF REPAIRS: $13,600.00 | |

Quoted By: Edward P. Krajecki

CONFIDENTIAL                                                    RBOCII004564

**PRECISION CUSTOM MOLDERS, INC.**

P.O. Box 190
Spring Grove, IL 60081
(815) 675-1370



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/13/2008 | 7936 |

| BILL TO | SHIP TO |
|---|---|
| B & C Distribution<br>720 N. 17th St. - Unit 11<br>St. Charles, IL 60174<br>FAX 630-584-4212 | Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | SHIPPER |
|---|---|---|---|---|---|---|
| Carrie & Bob | Due on rec… | EPK | 12/29/2008 | | Spring Grove | in-house |

| ITEM CODE | DESCRIPTION | QTY PCS. | COST/EA. | AMOUNT |
|---|---|---|---|---|
| | REVISION TO 1.480 COUPLER MOLD #2<br><br>FIRST 1/2 PAYMENT NOW DUE: | | | |
| Repair | EDM groves in Cavities 1.480 ($1200 per cavity @ 4 cavities = $4800.00) | 4 | 600.00 | 2,400.00 |
| Repair | Extend thread & shutoff 1.480 Cores ($1000.00 per cored @ 4 cores = $4000.00) | 4 | 500.00 | 2,000.00 |
| Repair | EDM groves in Cavities 1.00 ($1200.00 per cavity @ 4 cavities = $4800.00 | 4 | 600.00 | 2,400.00 |
| | TOTAL COST OF REPAIRS $13,600.00<br>This invoice is for first half payment. | | | |
| Thank you for your business. | | | Total | $6,800.00 |

*Total 13,600.00*

Remit To: Precision Custom Molders, Inc., P.O. Box 190, Spring Grove, IL 60081   X 2

CONFIDENTIAL

RBOCII004565

**PRECISION CUSTOM MOLDERS, INC.**

P.O. Box 190
Spring Grove, IL 60081
(815) 675-1370



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/25/2008 | 7920 |

| BILL TO | SHIP TO |
|---|---|
| B & C Distribution<br>720 N. 17th St. - Unit 11<br>St. Charles, IL 60174<br>FAX 630-584-4212 | Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | SHIPPER |
|---|---|---|---|---|---|---|
| Carrie & Bob | Due on rec... | EPK | 10/25/2008 | | Spring Grove | in-house |

| ITEM CODE | DESCRIPTION | QTY PCS. | COST/EA. | AMOUNT |
|---|---|---|---|---|
| | REVISION TO 1.890 COUPLER MOLD<br><br>Second 1/2 Payment Now Due: | | | |
| Repair | EDM groves in Cavities ($1200 per cavity @ 4 cavities = $4800.00) | 1 | 2,400.00 | 2,400.00 |
| Repair | Extend threads & shutoff on 1.890 Cores ($1000.00 per core @ 4 cores = $4000.00)<br><br>TOTAL COST OF REPAIRS $8,800.00<br><br>First 1/2 Payment received 10/18/08 on check # 4031 in the amount of $4,400.00 | 1 | 2,000.00 | 2,000.00 |

PAID
CK. NO. 4059
DATE 10-28-08

Thank you for your business.

**Total** $4,400.00

Remit To: Precision Custom Molders, Inc., P.O. Box 190, Spring Grove, IL 60081

CONFIDENTIAL

RBOCII004566

**PRECISION CUSTOM MOLDERS, INC.**

P.O. Box 190
Spring Grove, IL 60081
(815) 675-1370



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/11/2008 | 7914 |

| BILL TO | SHIP TO |
|---|---|
| B & C Distribution<br>720 N. 17th St. - Unit 11<br>St. Charles, IL 60174<br>FAX 630-584-4212 | Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | SHIPPER |
|---|---|---|---|---|---|---|
| Carrie & Bob | Due on rec... | EPK | 10/28/2008 | Jager Delv | Spring Grove | in-house |

| ITEM CODE | DESCRIPTION | QTY PCS. | COST/EA. | AMOUNT |
|---|---|---|---|---|
| Repair | REVISION TO 1.890 COUPLER MOLD<br><br>First 1/2 Payment Now Due:<br><br>EDM groves in Cavities ($1200 per cavity @ 4 cavities = $4800.00) | 1 | 2,400.00 | 2,400.00 |
| Repair | Extend threads & shutoff on 1.890 Cores ($1000.00 per core @ 4 cores = $4000.00)<br><br>TOTAL COST OF REPAIRS $8,800.00 | 1 | 2,000.00 | 2,000.00 |

**PAID**
CK. NO. 4031
DATE 10-15-08

Thank you for your business.

**Total** $4,400.00

Remit To: Precision Custom Molders, Inc., P.O. Box 190, Spring Grove, IL 60081

CONFIDENTIAL RBOCII004567

# PRECISION CUSTOM MOLDERS, INC.

P.O. Box 190
Spring Grove, IL 60081
(815) 675-1370



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/1/2008 | 7925 |

| BILL TO |
|---|
| B & C Distribution<br>720 N. 17th St. - Unit 11<br>St. Charles, IL 60174<br>FAX 630-584-4212 |

| SHIP TO |
|---|
| Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | SHIPPER |
|---|---|---|---|---|---|---|
| Carrie & Box | Due on rec... | EPK | | | Spring Grove | in-house |

| ITEM CODE | DESCRIPTION | QTY PCS. | COST/EA. | AMOUNT |
|---|---|---|---|---|
| Repair | REVISIONS TO COUPLERS<br><br>SECOND 1/2 PAYMENT NOW DUE:<br><br>Extend threads & shutoff on 1.540 Cores ($1000.00 per core @ 4 cores = $4000.00) | 1 | 2,000.00 | 2,000.00 |
| Repair | Extend threads & shutoff on 1.660 Cores ($1000.00 per core @ 4 cores = $4000.00) | 1 | 2,000.00 | 2,000.00 |
| Repair | Extend threads & shutoff on 1.580 cores ($1000.00 per core @ 4 cores = $4000.00)<br><br>TOTAL COST OF REPAIRS $12,000.00<br><br>First 1/2 Payment received on Check #4018 dated 10/7/08 | 1 | 2,000.00 | 2,000.00 |
| Thank you for your business. | | | Total | $6,000.00 |

Remit To: Precision Custom Molders, Inc., P.O. Box 190, Spring Grove, IL 60081

CONFIDENTIAL                                                                                       RBOCII004568

**PRECISION CUSTOM MOLDERS, INC.**

P.O. Box 190
Spring Grove, IL 60081
(815) 675-1370



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/1/2008 | 7924 |

| BILL TO |
|---|
| B & C Distribution<br>720 N. 17th St. - Unit 11<br>St. Charles, IL 60174<br>FAX 630-584-4212 |

| SHIP TO |
|---|
| Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | SHIPPER |
|---|---|---|---|---|---|---|
| Carrie & Box | Due on rec... | EPK | 11/18/2008 | | Spring Grove | in-house |

| ITEM CODE | DESCRIPTION | QTY PCS. | COST/EA. | AMOUNT |
|---|---|---|---|---|
| | REVISIONS TO 1.480 COUPLER MOLD<br><br>FIRST 1/2 PAYMENT Now Due: | | | |
| Repair | EDM groves in 1.480 Cavities ($1200.00 per cavity @ 4 cavities = $4800.00) | 1 | 2,400.00 | 2,400.00 |
| Repair | Extend threads & shutoff on 1.480 Cores ($1000.00 per core @ 4 cores = $4000.00) | 1 | 2,000.00 | 2,000.00 |
| | TOTAL COST OF REPAIRS $8,800.00 | | | |

PAID
CK. NO. 4089
DATE 11-7-08

Thank you for your business.

| | Total | $4,400.00 |
|---|---|---|

Remit To: Precision Custom Molders, Inc., P.O. Box 190, Spring Grove, IL 60081

CONFIDENTIAL                                                                                           RBOCII004569

PRECISION CUSTOM MOLDERS 815 675 1372　　　P.01

## PRECISION CUSTOM MOLDERS, INC.

P.O. Box 190
Spring Grove, IL  60081
(815) 675-1370



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 12/13/2008 | 7936 |

| BILL TO | SHIP TO |
|---|---|
| B & C Distribution<br>720 N. 17th St. - Unit 11<br>St. Charles, IL 60174<br>FAX 630-584-4212 | Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | SHIPPER |
|---|---|---|---|---|---|---|
| Carrie & Bob | Due on rec... | EPK | 12/29/2008 | | Spring Grove | in-house |

| ITEM CODE | DESCRIPTION | QTY PCS. | COST/EA. | AMOUNT |
|---|---|---|---|---|
| | REVISION TO 1.480 COUPLER MOLD #2<br><br>CORRECTED INVOICE  (for full amount) | | | |
| Repair | EDM groves in Cavities 1.480  ($1200 per cavity @ 4 cavities = $4800.00) | 4 | 1,200.00 | 4,800.00 |
| Repair | Extend thread & shutoff 1.480 Cores ($1000.00 per cored @ 4 cores = $4000.00) | 4 | 1,000.00 | 4,000.00 |
| Repair | EDM groves in Cavities 1.00 ($1200.00 per cavity @ 4 cavities = $4800.00 | 4 | 1,200.00 | 4,800.00 |
| | TOTAL COST OF REPAIRS $13,600.00<br><br>*PAID 12/30/08*<br>*CHECK# 4180* | | | |
| Thank you for your business. | | | Total | $13,600.00 |

Remit To: Precision Custom Molders, Inc., P.O. Box 190, Spring Grove, IL  60081

CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　RBOCII004570

**PRECISION CUSTOM MOLDERS, INC.**

P.O. Box 190
Spring Grove, IL 60081
(815) 675-1370



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 11/15/2008 | 7928 |

| BILL TO | SHIP TO |
|---|---|
| B & C Distribution<br>720 N. 17th St. - Unit 11<br>St. Charles, IL 60174<br>FAX 630-584-4212 | Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | SHIPPER |
|---|---|---|---|---|---|---|
| Carrie & Bob | Due on rec... | EPK | 11/15/2008 | | Spring Grove | in-house |

| ITEM CODE | DESCRIPTION | QTY PCS. | COST/EA. | AMOUNT |
|---|---|---|---|---|
| | REVISIONS TO 1.480 COUPLER MOLD | | | |
| | SECOND 1/2 PAYMENT Now Due: | | | |
| Repair | EDM groves in 1.480 Cavities ($1200.00 per cavity & 4 cavities = $4800.00) | 1 | 2,400.00 | 2,400.00 |
| Repair | Extend threads & shutoff on 1.480 Cores ($1000.00 per core @ 4 cores = $4000.00) | 1 | 2,000.00 | 2,000.00 |
| | TOTAL COST OF REPAIR $8,800.00 | | | |
| | First 1/2 Payment Received 11/4/08 on Check $4089 | | | |
| | PAID<br>CK. NO. 4113<br>DATE 1-19-0? | | | |
| | Thank you for your business. | | Total | $4,400.00 |

*Remit To: Precision Custom Molders, Inc., P.O. Box 190, Spring Grove, IL 60081*

CONFIDENTIAL                                                                                  RBOCII004571

## PRECISION CUSTOM MOLDERS, INC.

P.O. Box 190
Spring Grove, IL 60081
(815) 675-1370

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 10/4/2008 | 7905 |

| BILL TO | SHIP TO |
|---|---|
| B & C Distribution<br>720 N. 17th St. - Unit 11<br>St. Charles, IL 60174<br>FAX 630-584-4212 | Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | SHIPPER |
|---|---|---|---|---|---|---|
| Carrie & Bob | Net 30 days | EPK | 9/29/2008 | Jager Delv | Spring Grove | 11617 |

| ITEM CODE | DESCRIPTION | QTY PCS. | COST/EA. | AMOUNT |
|---|---|---|---|---|
| | REVISION TO 2 INCH COUPLER MOLD<br><br>FINAL PAYMENT NOW DUE: (First 1/2 Payment Received on Check #3966 dated 9/13/08 | | | |
| Repair | EDM groves in Cavities ($1200.00 per cavity @ 4 cavities = $4800.00) | 1 | 2,400.00 | 2,400.00 |
| Repair | Extend threads & shutoff on 2.375 Cores ($1000.00 per core @ 4 cores = $4,000.00) | 1 | 2,000.00 | 2,000.00 |
| Repair | Extend threads on 2.348 Cores ($1000 per core @ 4 cores = $4,000.00) | 1 | 2,000.00 | 2,000.00 |
| | TOTAL COST OF REPAIRS $12,800.00 | | | |

PAID
CK. NO. 4018
DATE 10-7-08

Thank you for your business.

Total $6,400.00

Remit To: Precision Custom Molders, Inc., P.O. Box 190, Spring Grove, IL 60081

CONFIDENTIAL

RBOCII004572



**PRECISION CUSTOM MOLDERS, INC.**
1802 Holian Drive
Spring Grove, IL 60081
(815) 675-1370

**SHIPPING ORDER**
11617

| SHIPPED TO | B&C DISTRIBUTION | DATE SHIPPED | 9/29/2008 |
| ADDRESS | 720 N. 17Th. St. UNIT # 11 | CUSTOMER'S ORDER NUMBER | VERBLE( BOB L. |
| CITY | ST. CHARLES ILL. 60174 | OUR NUMBER | 11617 |
| | | SHIPPED VIA | JAGER(PPD) |

| QUANTITY ORDERED | SHIPPED | DESCRIPTION |
|---|---|---|
| | 1 BOX | SAMPLE PARTS ( COUPLER)(1 BOX 5 LBS. TOTAL) |

9-29-08
R. Jagnadel

HOW PACKED _____ RECD. BY _____

CONFIDENTIAL RBOCII004573

**PRECISION CUSTOM MOLDERS, INC.**

P.O. Box 190
Spring Grove, IL  60081
(815) 675-1370



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/27/2008 | 7901 |

| BILL TO |
|---|
| B & C Distribution<br>720 N. 17th St. - Unit 11<br>St. Charles, IL 60174<br>FAX 630-584-4212 |

| SHIP TO |
|---|
| Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | SHIPPER |
|---|---|---|---|---|---|---|
| per Bob | Due on rec... | EPK | 9/12/2008 |  | Spring Grove | in-house |

| ITEM CODE | DESCRIPTION | QTY PCS. | COST/EA. | AMOUNT |
|---|---|---|---|---|
| Tooling Misc. | 4 Cavity Nut Mold Cut Top Flange (8) Places .100 Deeper on (4) Slides to adjust for locking ring. | 1 | 1,000.00 | 1,000.00 |

PAID
CK. NO. 4013
DATE 10-3-08

Thank you for your business.

Total  $1,000.00

Remit To:  Precision Custom Molders, Inc., P.O. Box 190, Spring Grove, IL  60081

CONFIDENTIAL                                                                                                     RBOCII004574

PRECISION CUSTOM MOLDERS 815 675 1372     P.01

**PRECISION CUSTOM MOLDERS, INC.**

P.O. Box 190
Spring Grove, IL 60081
(815) 675-1370



# Invoice

| DATE | INVOICE NO |
|---|---|
| 4/7/2012 | 8568 |

| BILL TO | SHIP TO |
|---|---|
| B & C Distribution<br>720 N. 17th St. - Unit 11<br>St. Charles, IL 60174<br>FAX 630-584-4212 | Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | SHIPPER |
|---|---|---|---|---|---|---|
| Carrie Lund... | Net 30 days | EPK | 3/30/2012 | | Spring Grove | in-house |

| ITEM CODE | DESCRIPTION | QTY PCS. | COST/EA. | AMOUNT |
|---|---|---|---|---|
| | TOOLING REPAIRS | | | |
| Tooling Misc. | Grind Off Threads and Sleeve - Four threaded Core inserts - 1 inch | 1 | 2,474.00 | 2,474.00 |
| Tooling Misc. | Cut New Threads on 1.89 inserts - Four Pieces | 1 | 2,474.00 | 2,474.00 |
| Tooling Misc. | Recut Threads on Two Thread Inserts 1.48 | 1 | 1,574.00 | 1,574.00 |

PAID
CK. NO. 6238
DATE 4-9-12

Thank you for your business.     **Total**     **$6,522.00**

Remit To: Precision Custom Molders, Inc., P.O. Box 190, Spring Grove, IL 60081

CONFIDENTIAL     RBOCII004575

PRECISION CUSTOM MOLDERS 815 675 1372     P.01

**PRECISION CUSTOM MOLDERS, INC.**

P.O. Box 190
Spring Grove, IL 60081
(815) 675-1370



# Invoice

| DATE | INVOICE NO |
|---|---|
| 7/14/2012 | 8636 |

| BILL TO | SHIP TO |
|---|---|
| B & C Distribution<br>720 N. 17th St. - Unit 11<br>St. Charles, IL 60174<br>FAX 630-584-4212 | Same |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | SHIPPER |
|---|---|---|---|---|---|---|
| Carrie Lund... | Net 30 days | EPK | 7/11/2012 | N/A | Spring Grove | in-house |

| ITEM CODE | DESCRIPTION | QTY PCS. | COST/EA. | AMOUNT |
|---|---|---|---|---|
| Tooling Misc. | TOOLING REPAIRS<br><br>Make Bushings/Recut Threads on 1.15-1.2 Two Thread Inserts (for Brown Couplers) | 1 | 1,574.00 | 1,574.00 |

PAID
CK. NO. 6360
DATE 7-16-12

Thank you for your business.     **Total**     **$1,574.00**

Remit To: Precision Custom Molders, Inc., P.O. Box 190, Spring Grove, IL 60081

CONFIDENTIAL     RBOCII004576